UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMIAH JEFFERSON,<br><br>    Defendant. | Case No. 3:20-mj-71311-MAG-1   (EJD)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION TO REVOKE RELEASE ORDER AND ORDER DEFENDANT DETAINED; STAYING RELEASE ORDER** |

The Government's Motion to Revoke Release Order and Order Defendant Detained (ECF 13) is scheduled for hearing on Thursday, December 3, 2020 at 2:45 p.m. via Zoom. The opposition is due December 2, 2020 at 5:00 p.m. The Release Order is stayed pending further order of the Court.

**IT IS SO ORDERED.**

Dated: December 1, 2020

                                          EDWARD J. DAVILA
                                          United States District Judge

CASE NO.: 3:20-MJ-71311-MAG-1
ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION TO REVOKE RELEASE ORDER AND ORDER DEFENDANT DETAINED; STAYING RELEASE ORDER

1