STEVEN G. KALAR
Federal Public Defender
DAVID RIZK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
David_rizk@fd.org

Counsel for Defendant JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 20-71311 MAG (EJD) |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL PORTMAN** |
| JEREMIAH JEFFERSON, | |
| Defendant. | |

I, Michael Portman, state as follows:

I am an investigator for the Office of the Federal Public Defender.

1. On December 2, 2020, I spoke with Officer Daniel Cisnaros. Officer Cisnaros is the parole officer for Mr. Jefferson. Officer Cisnaros stated that Mr. Jefferson has been arrested twice this year on gun charges.

2. On January 1, 2020, Mr. Jefferson was arrested in Oakland for violations of pc 33210 and pc 32310. According to Officer Cisnaros, this arrest occurred when Mr. Jefferson and several other people were arrested at a house where guns were found in the house. Officer Cisnaros states that he initially violated Mr. Jefferson for the arrest, but later withdrew the violation after receiving an email on February 11, 2020 from the prosecutor stating that Mr. Jefferson's

DNA was not a "major factor" and that he would not be charged as a result. According to Officer Cisnaros, Mr. Jefferson was in the wrong place at the wrong time but was ultimately cleared of being the owner of the weapons.

3. When Mr. Jefferson was arrested on April 22, 2020, his first call was to Officer Cisnaros.

4. Since Mr. Jefferson's April 22, 2020 arrest, Officer Cisnaros states that Mr. Jefferson has been in compliance and going to court in Alameda County on that case.  Officer Cisnaros also states that even with the ATF warrant out, Mr. Jefferson continued to go to court. Officer Cisnaros expressed that he was somewhat frustrated that Mr. Jefferson was arrested when he was already in compliance with the court on that case.

5. Lastly, Officer Cisnaros states that Mr. Jefferson has been doing well since starting work at Tesla and moving in with his father.  Mr. Jefferson's father is a solid point of contact.   Mr. Jefferson also states that his father told him Mr. Jefferson's manager at Tesla saved his job for him and put him on a leave.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 2nd day of December, 2020, in San Francisco, California.

 ___/S_____
 MICHAEL PORTMAN