AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  20-MJ-71311 MAG |
| Jeremiah Jefferson | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   12/07/2020

s/ Jeremiah Jefferson
*Defendant's signature*

s/ David Rizk
*Signature of defendant's attorney*

David Rizk
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Laurel Beeler, U.S. Magistrate Judge
*Judge's printed name and title*